An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID P. WOODS; AND KAREN L. WOODS,
Petitioners,
vs.
THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF WASHOE; AND THE HONORABLE ELLIOTT A. SATTLER, DISTRICT JUDGE,
Respondents,
and
BANK OF AMERICA, N.A.; PRLAP, INC.; U.S. BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF BANC OF AMERICA FUNDING 2006-1 TRUST; BRIAN MOYNIHAN, CEO; GREEN TREE SERVICING, LLC; KEITH ANDERSON, CEO; CAL-WESTERN RECONVEYANCE, LLC; AND ROBERT H. HOSCH, CEO,
Real Parties in Interest.

No. 69164

**FILED**

DEC 21 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK



### ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This original pro se petition for a writ of mandamus challenges a district court order striking petitioners' first amended verified complaint for failure to comply with NRCP 15(a).

Having considered the matters set forth in the petition, we are not persuaded that the district court arbitrarily or capriciously abused its discretion in striking petitioners' first amended complaint so as to warrant this court's extraordinary and discretionary intervention. NRS 34.160; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008); *Pan v. Eighth Judicial Dist. Court*, 120 Nev.

15-39063

222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991); *see* NRAP 21(a)(4) (requiring a petitioner to submit with a writ petition any documents "that may be essential to understand the matters set forth in the petition"). Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:  Hon. Elliott A. Sattler, District Judge
David P. Woods
Karen L. Woods
Akerman LLP/Las Vegas
Robison Belaustegui Sharp & Low
Brooks Hubley LLP
Wright, Finlay & Zak, LLP/Las Vegas
Washoe District Court Clerk